Form a7nflclm
(Rev. 2/24)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| *In re*: | : | |
|     Andrew James Temmel | : | Case No. 26−10048 |
| | : | Chapter 7 |
|     *Debtor.* | : | Judge Beth A. Buchanan |
| | : | |
| SSN:    xxx−xx−5511 | : | |

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the Trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

**May 13, 2026**

This date does not reduce the time provided by statute for governmental units to file proofs of claim.

Any creditor who has filed a proof of claim already need not file another proof of claim. Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate and, under General Order 56, may not receive certain notices in this case.

If you would like to electronically complete and file a proof of claim in this case, you may do so at https://www.ohsb.uscourts.gov/epoc.   If you prefer to file a proof of claim in paper, Official Form 410 can be obtained at www.uscourts.gov or at any bankruptcy clerk's office. There is not a fee for filing a proof of claim.

If you are filing by mail and wish to receive proof of receipt by the bankruptcy court, enclose an extra copy of the proof of claim form together with a stamped, self−addressed envelope. Proofs of claim can be mailed to the following address:

United States Bankruptcy Court
Southern District of Ohio
221 East Fourth Street, Suite 800
Cincinnati, OH 45202−4133

Dated: February 12, 2026

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court